UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:13-cr-31-T-35TGW

ROBYN WAUGH STATES

## ORDER

THIS CAUSE comes before the Court upon the United States' Motion for:

(1)     A Forfeiture Money Judgment in the amount of $1,362,214.00; and

(2)     A Preliminary Order of Forfeiture for the following property, as substitute assets in partial satisfaction of the defendant's forfeiture money judgment:

    a.     Any and all funds contained in any Bank of America accounts, held individually or jointly in the name of Robyn States, including, but not limited to, account number 3677519947;

    b.     Any and all funds contained in Capital Investment Retirement or 401(k) account number GTG0225623, held in the name of Robyn States;

    c.     Any and all funds contained in any TD Ameritrade accounts, held individually or jointly in the name of Robyn States, and any 529 Education accounts held by Robyn States in Trust for Marlo States or Torrin States, including, but not limited to, account numbers:

        1)   766955587-2; and
        2)   766955587-1

    d.     A 2007 Acura MDX, Vehicle Identification Number 2HNYD28837H520108, titled in the names of Robyn and Jay States; and

e. A 2006 BMW, Vehicle Identification Number WBAVB33596KS31627, titled in the names of Robyn and Jay States.

Upon consideration, it is hereby **ORDERED** as follows:

1. The motion is **DENIED** without prejudice as to the Government's request for entry of a Forfeiture Money Judgment in the amount of $1,362,214.00. Upon a final disposition of the property at issue in this claim, the Court will determine the amount of loss for purposes of a forfeiture money judgment, if any.

2. Any and all funds contained in any Bank of America accounts, held individually or jointly in the name of Robyn States, including, but not limited to, account number 3677519947 may be accessed by the Defendant in the normal course;

3. The 2007 Acura MDX, Vehicle Identification Number 2HNYD28837H520108, and the 2006 BMW, Vehicle Identification Number AVB33596KS31627, titled in the names of Robyn and Jay States shall NOT be subject to forfeiture in any event, for the reasons set forth on the record of the sentencing.

4. The following accounts shall be frozen and Shall NOT be accessed by the Defendant or any other person or entity or otherwise encumbered until a complete and final valuation determination is made upon final disposition of the property at issue in this claim:

a. Any and all funds contained in Capital Investment Retirement or 401(k) account number GTG0225623, held in the name of Robyn States;

b. Any and all funds contained in any TD Ameritrade accounts, held individually or jointly in the name of Robyn States, and any 529 Education accounts held by Robyn States in Trust for Marlo States or Torrin States, including, but not limited to, account numbers:

   1) 766955587-2; and
   2) 766955587-1

**DONE and ORDERED** in Tampa, Florida, this 26th day of November, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record